# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Doe

Plaintiff (s),

v.

Mitchell

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-CV-06261-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiff J. Doe__ substitutes
(Party (s) Name)

__Daniel J. Muller__ , State Bar No. __193396__ as counsel of record in
(Name of New Attorney)

place of __Rodney B. Sorensen, Esq.__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Ventura Hersey & Muller, LLP

Address: 1506 Hamilton Avenue, San Jose, CA 95125

Telephone: (408) 512-3025    Facsimile (408) 512-3022

E-Mail (Optional): dmuller@venturahersey.com

I consent to the above substitution.
Date: 12/18/18

_(Signature of Party (s))_

I consent to being substituted.
Date: 12/x/18

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 11/14/2018

Daniel Muller  Digitally signed by Daniel Muller
Date: 2018.11.14 10:24:43 -08'00'
_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/19/2019

_Haywood S. Gill Jr._
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]