DANIEL J. MULLER, Cal. State Bar. No. 193396
VENTURA HERSEY & MULLER, LLP
1506 Hamilton Avenue
San Jose, CA 95125
Telephone: (408) 512-3022
Facsimile: (408) 512-3023

ATTORNEYS FOR DEFENDANT J. DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J. DOE,<br><br>        Plaintiff,<br><br>   vs.<br><br>EARLINE MITCHELL, KIMBERLY SORENSEN, ET AL,.<br><br>      Defendants | Case No. 4:18-cv-06261-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Date     March 28, 2019<br>Time:    2:00 P.M. PST<br>Courtroom: 2, 4th Floor<br>Judge:   Hon. Haywood S. Gilliam, Jr. |

1. Plaintiff requests that the hearing on *Defendants' Special Motion To Strike Or, In The Alternative, Dismiss* be rescheduled to April 4, 2019 at 2:00 p.m.

2. Defendants have agreed to stipulate to Plaintiff's request.

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The Court reschedule the hearing on *Defendants' Special Motion To Strike Or, In The Alternative, Dismiss* to April 4, 2019 at 2:00 p.m. or another date that is convenient for the Court.

Date: March 21, 2019                     VENTURA HERSEY & MULLER, LLP


By  /s/
_____
Daniel J. Muller
Attorneys For J. Doe

Date: March 21, 2019                     COTCHETT, PITRE & McCARTHY, LLP


By  /s/ *Michael Montaño*
_____
Michael Montaño
Attorney for Defendants
Earline Mitchell and Kimberly Sorensen


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED except the hearing will be heard at 10 a.m. not 2 p.m.

Dated:   3/22/2019

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.